Case 1:08-cv-01387-RMB   Document 9   Filed 07/22/2008   Page 1 of 2

**U.S. Department of Justice**



United States Attorney
District of New Jersey
Civil Division

*c/o Social Security Administration tel: (212) 264-3650, x. 220*

*Office of the General Counsel     fax: (212) 264-6372*
*26 Federal Plaza, Room 3904 email:sandra.grossfeld@ssa.gov*
*New York, New York 10278*

July 22, 2008

Hon Renee M. Bumb
U.S. District Court Judge
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

    Re: <u>James J. Coogan III v. Commissioner</u>, Civ. No. 08-1387

Dear Judge Bumb:

Counsel for defendent Commissioner of Social Security respectfully requests that defendant be granted an extension of thirty days, until August 21, 2008 to respond to plaintiff's pending letter pursuant to Local Civil Rule 9.1  This request is made necessary due to my pending caseload. Counsel for plaintiff advises me that he has no objection. In addition, counsels jointly request that plaintiff's brief be due 30 days after the response date for the Commissioner's 9.1 letter, that is September 20, 2008.

If your honor agrees, please so indicate on the so-ordered line below. Thank you for your consideration of these requests.

                                  Very truly yours,

                                  CHRISTOPHER J. CHRISTIE
                                United States Attorney


                   BY:    <u>s/Sandra M. Grossfeld</u>
                              Sandra M. Grossfeld
                              Special Assistant U.S. Attorney

SO ORDERED:
                Hon Marie M. Bumb

*[Signature: Renee Marie Bumb]*
*July 23, 2008*